```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

JACQUELINE LAJARA,

                              **Plaintiff,**                                19-CV-5361 (WHP) (SN)

         -against-                                               <u>ORDER</u>

UNITED STATES OF AMERICA,

                              **Defendant.**

```
-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

      On July 14, 2021, Chief Judge Laura Taylor Swain referred this matter to me for general pretrial supervision pursuant to an interim order of reference. In light of the close of fact discovery on July 28, 2021, the parties are directed to file a letter no later than July 21, 2021, as to the status of discovery, including whether there are any outstanding discovery disputes, and any settlement discussions.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     July 15, 2021
                New York, New York