UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JACQUELINE LAJARA,

                         **Plaintiff,**                        **19-CV-05361 (JGK)(SN)**

     -against-                                        **ORDER**

UNITED STATES OF AMERICA,

                         **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

       In light of the close of fact discovery on October 15, 2021, the parties are directed to contact Courtroom Deputy Rachel Slusher by email at Rachel_Slusher@nysd.uscourts.gov to schedule a settlement conference if it would be productive at this time. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     October 18, 2021
               New York, New York